UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN JONES,

    Plaintiff,

    v.

SAN FRANCISCO HUMAN SERVICE AGENCY,

    Defendant.

Case No. 18-cv-01043-PJH

**ORDER DISMISSING ACTION WITH PREJUDICE**

On July 3, 2018, this court dismissed plaintiff's complaint with leave to amend. Plaintiff was required to file any amended complaint by August 3, 2018. Plaintiff has not filed an amended complaint. Therefore, the court hereby DISMISSES THIS ACTION WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge