UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN JONES,

    Plaintiff,

    v.

SAN FRANCISCO HUMAN SERVICE AGENCY,

    Defendant.

Case No. 18-cv-01043-PJH

**JUDGMENT**

    The issues having been duly heard and the court having dismissed the complaint with prejudice,

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge